# THE MARKS LAW FIRM, P.C.

April 1, 2022

**Via ECF:**
USDC/SDNY
500 Pearl Street
New York, NY 10007

      RE:    **Samuel Gomez v. Vested Business Brokers LTD.**
             Index: 1:22-cv-02707

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Dear Sir or Madam:

      The undersigned counsel represents Plaintiff, Samuel Gomez, in the above referenced matter. This letter notice is being filed pursuant to Federal Rule 41(a)(1)(A)(i) Dismissal of Actions _without_ prejudice against Vested Business Brokers LTD, since no party has answered or otherwise moved for summary judgement in this action.

      Respectfully Submitted,

      The Marks Law Firm, P.C.

By: _____
      Bradly G. Marks

155 East 55th Street, Suite 6A, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com