# THE MARKS LAW FIRM, P.C.

April 1, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2022

**Via ECF:**
USDC/SDNY
500 Pearl Street
New York, NY 10007

## MEMORANDUM ENDORSED

RE:   **Samuel Gomez v. Vested Business Brokers LTD.**
      Index: 1:22-cv-02707

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Dear Sir or Madam:

The undersigned counsel represents Plaintiff, Samuel Gomez, in the above referenced matter. This letter notice is being filed pursuant to Federal Rule 41(a)(1)(A)(i) Dismissal of Actions _without_ prejudice against Vested Business Brokers LTD, since no party has answered or otherwise moved for summary judgement in this action.

Respectfully Submitted,

The Marks Law Firm, P.C.

By:_____
      Bradly G. Marks

Plaintiff has voluntarily dismissed this case without prejudice under F.R.C.P. 41(a)(1)(A)(i).  The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: April 4, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge

155 East 55th Street, Suite 6A, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com