```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
:
SAMUEL GOMEZ, *and on behalf of all other persons similarly* :
*situated*, :
: 1:22-cv-2707-GHW
Plaintiff, :
: ORDER
-against- :
:
VESTED BUSINESS BROKERS LTD., :
:
Defendant. :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

    Plaintiff's application for a refund of the filing fee, Dkt. No. 7, is denied.

    SO ORDERED.

Dated: May 31, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge